[No. 60072-9-I.   Division One.   June 23, 2008.]

ISIDRO LAGUNA ET AL., *Respondents*, v. THE DEPARTMENT OF TRANSPORTATION, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-14076-3, Harry J. McCarthy, J., entered May 2, 2007. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Schindler, C.J., and Lau, J. Now published at 146 Wn. App. 260.

[No. 60225-0-I.   Division One.   June 23, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD DANIEL BOWEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-02781-1, Gerald L. Knight, J., entered July 10, 2007. *Affirmed* by unpublished per curiam opinion.

[Nos. 60232-2-I; 60831-2-I.   Division One.   June 23, 2008.]

*In the Matter of the Marriage of* ERNEST E. CURRIE, *Respondent*, and DANIELLE CURRIE, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 06-3-02923-4, George N. Bowden, J., entered May 30, 2007. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, A.C.J., and Lau, J.

[No. 60277-2-I.   Division One.   June 23, 2008.]

MRI AMERICAS, LLC, *Appellant*, v. LIONS GATE SHIPPING LTD. ET AL., *Defendants*, TRANSGROUP WORLDWIDE LOGISTICS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-05608-6, Julie A. Spector, J., entered June 27, 2007. *Reversed* and *remanded* by unpublished per curiam opinion.